```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DONAHUE FIELDS,                                             :
:
Plaintiff,                                :
:         24-cv-09210 (LJL)
-v-                                        :
:
MUNCHIES DELI GROCERY CORP ET AL,                           :         ORDER
:
Defendants.                               :
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Initial Pretrial Conference in this matter is adjourned until September 18, 2025 at 12 pm. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

    Plaintiff has until October 3, 2025 to file his motion for default judgment. Any opposition will be due October 17, 2025. The Court will hold a telephonic hearing on the motion on October 22, 2025 at 2 p.m. Parties are directed to use the dial-in information above. Plaintiff's notice of motion shall inform Defendants of the dates for the opposition and date and dial-in information for the telephonic hearing. Plaintiff is directed to serve Defendants with the default judgment motion as well as with the call-in information regarding the hearing, and to file proof of service on the docket.

    SO ORDERED. Dated:

August 11, 2025
New York, New York
                                         LEWIS J. LIMAN
                                         United States District Judge