# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 17, 2025

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

> REQUEST GRANTED.
> The Initial Pretrial Conference previously set for September 18, 2025 is rescheduled to November 4, 2025 at 3:30PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Plaintiff's motion for default judgment is due November 21, 2025. Any opposition will be due December 5, 2025. The Court will hold a telephonic hearing on the motion on December 10, 2025 at 2 p.m. Parties are directed to use the dial-in information above. Plaintiff's notice of motion shall inform Defendants of the dates for the opposition and date and dial-in information for the telephonic hearing. Plaintiff is directed to serve Defendants with the default judgment motion as well as with the call-in information regarding the hearing, and to file proof of service on the docket.
>
> 9/17/2025
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:    Fields v. Munchies Deli Grocery Corp., et al.
       Case 1:24-cv-09210-LJL

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this case is currently scheduled for September 18, 2025, in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. We have remitted service through an independent process server, and Defendant Munchies Deli Grocery Corp. was personally served. Nonetheless, Defendant 1215 Realty LLC was sent to be served several times and on the last attempt server was missing an apartment number. This was researched and provided. At present we await results of service.

Due to the above-stated reasons, the undersigned respectfully requests 45-day adjournment of the Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com